United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

Nos. 96-3623/3635

_____

United States of America,   *
                              *

      Appellee,          *
                              * Appeals from the United
States

    v.                   * District Court for the
                              * District of South Dakota.

John W. Perko, Jr.,      *
                              * [UNPUBLISHED]

      Appellant.        *

_____

                              Submitted:  May 30, 1997
                                   Filed:  June 11, 1997

_____

Before WOLLMAN, MAGILL, and MURPHY, Circuit Judges.

_____

PER CURIAM.

    John W. Perko, Jr. appeals the sentences imposed by the district court[1] after he pleaded guilty in separate proceedings to assault and firearm charges. Counsel filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), and was granted leave to withdraw. Perko was given an opportunity to file a supplemental brief, but did not do so. We dismiss the appeals, as both of the written plea agreements contained a waiver of Perko's

_____

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.

appeal rights, and our review of the record convinces us that Perko

knowingly and voluntary waived these rights.  See United States v. His Law, 85 F.3d 379, 379 (8th Cir. 1996) (per curiam); United States v. Rutan, 956 F.2d 827, 829 (8th Cir. 1992).

A true copy.

Attest:

CLERK,  U.  S.  COURT  OF  APPEALS,  EIGHTH CIRCUIT.